FILED: February 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7368**
_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellant,

v.

LARRY EUGENE REED,

        Defendant – Appellee.

_____

O R D E R
_____

The Court amends its opinion filed on January 31, 2023, as follows:

The second line of the block quote on page 9 is corrected to read, ". . . the First Step Act requires district courts to consider intervening changes when the parties raise them."

        For the Court – By Direction

        /s/ Patricia S. Connor, Clerk